In the Matter of the Application of ANDREW J. NELLIS and HENRY C. McLEAN, Respondents, to Compel an Accounting, etc., of FRANK BEEBE, as Executor, etc., Appellant. — Order denying motion to set aside decree and permitting executor to amend his answer reversed, without costs, and said motion granted, without costs. This disposition makes the other

appeals academic and they are, therefore, dismissed, without costs. All concurred.